# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

RICHARD KISER,

       Plaintiff,

vs.                                  **Case No.: 2:16-cv-135**
                                   **JUDGE GEORGE C. SMITH**
                                   **Magistrate Judge Vascura**

WARDEN RICHARDS, *et al.*,

       Defendants.

## ORDER

On March 26, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be dismissed without prejudice against for Plaintiff's failure to prosecute. (*See Report and Recommendation*, Doc. 22). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute.

The Clerk shall remove Document 22 from the Court's pending motions list and terminate this case.

      **IT IS SO ORDERED**.

                               **/s/ *George C. Smith*_____**
                               **GEORGE C. SMITH, JUDGE**
                               **UNITED STATES DISTRICT COURT**